UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FILED
2010 OCT 28  P 3: 00
CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

ADAM INGLES,

        Plaintiff,

v.                    Case No. 3:10-cv-901-J-20MCR

OFFICER C.P. JAMES, et al.,

        Defendants.

---

### ORDER OF DISMISSAL WITHOUT PREJUDICE

On October 5, 2010, the Court ordered Plaintiff to file an amended complaint and to either file a fully completed Prisoner Consent Form and Financial Certificate or pay the $350.00 filing fee. Further, the Court notified Plaintiff that failure to do so within twenty days would result in the dismissal of this action without further notice. As of the date of this Order, Plaintiff has not responded.[1]

Therefore, it is now

**ADJUDGED:**

1. This case is hereby **DISMISSED** without prejudice.

---

    [1]    On October 20, 2010, Plaintiff's copy of the Court's October 5, 2010 order was returned as undeliverable, with the following notation on the envelope: "MOVED - LEFT NO ADDRESS."

2. The Clerk of the Court shall enter judgment dismissing this case without prejudice and close this case.

**DONE AND ORDERED** at Jacksonville, Florida, this 27th day of October, 2010.

_____
UNITED STATES DISTRICT JUDGE

ps 10/25
c:
Adam Ingles

2